Cassius Carter, District Attorney, and Albert Schoonover, for Appellants.

Collier, Smith & Holcomb, for Respondent.

HENSHAW, J.—This case is in all respects identical with that of *San Diego Realty Co.* v. *Cornell,* L. A. No. 1709, decided March 8, 1907, 150 Cal. 637, [89 Pac. 603]. There was the same tender of the amount due, the same refusal to accept and an offer by plaintiff to pay the amount found justly due. The court's findings were in accordance with the complaint, but in its decree (seemingly doubting its power to accept the tender, as was done in L. A. No. 1709), it decreed an injunction and a reassessment of the property. It should have granted the relief plaintiff prayed for upon payment of the amount which it found to be justly due. As this may be done upon the findings actually made, there is no occasion for a reversal of the judgment, and it is ordered that the judgment be modified in this respect.

McFarland, J., and Lorigan, J., concurred.

---

[L. A. No. 1823.   Department Two.—May 13, 1907.]

JUNIPERO LAND AND WATER COMPANY (a Corporation), Plaintiff and Respondent, v. A. F. CORNELL et al., Defendants and Appellants.

[L. A. No. 1824.]

FIDELITY TRUST COMPANY (a Corporation), Plaintiff and Respondent, v. A. F. CORNELL et al., Defendants and Appellants.

[L. A. No. 1825.]

TERRENO COMPANY (a Corporation), Plaintiff and Respondent, v. A. F. CORNELL et al., Defendants and Appellants.

[L. A. No. 1826.]

SAN DIEGO INVESTMENT COMPANY (a Corporation), Plaintiff and Respondent, v. A. F. CORNELL et al., Defendants and Appellants.

[L. A. No. 1827.]

CITIZENS' BANK OF LOS ANGELES (a Corporation), Plaintiff and Respondent, v. A. F. CORNELL et al., Defendants and Appellants.

[L. A. No. 1828.]

CARLSON INVESTMENT COMPANY (a Corporation), Plaintiff and Respondent, v. A. F. CORNELL et al., Defendants and Appellants.

TAXATION—VOID DESCRIPTION OF PROPERTY—INJUNCTION TO RESTRAIN DEED TO STATE—PAYMENT OF TAX AS CONDITION TO INJUNCTION.— *San Diego Realty Co.* v. *A. F. Cornell, ante,* p. 197, affirmed, and judgments ordered modified in accordance therewith.

APPEALS from judgments of the Superior Court of San Diego County. E. S. Torrence, Judge.

The facts are stated in the opinion in *San Diego Realty Company* v. *Cornell, ante,* p. 197.

Cassius Carter, and Albert Schoonover, for Appellants.

Collier, Smith & Holcomb, for Respondents.

THE COURT.—The judgments herein are ordered modified in accordance with *San Diego Realty Co.* v. *Cornell,* L. A. No. 1805, *ante,* p. 197, [90 Pac. 1130], wherein an opinion is this day filed.